**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-05089 |
| | ) | |
| v. | ) | District Judge Jorge L. Alonso |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

**Schedule A (Sealed)**