**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| John Doe | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-05089 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 10, 2024 at 9:30 AM or as soon thereafter as counsel may be heard, I, or my colleague, shall appear in-person before the Honorable Judge Jorge L. Alonso or any judge sitting in her stead, in Room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, or using video or teleconferencing technology, as the Court may require, and shall present the following motions: Motion to Extend the Temporary Restraining Order (Dkt. 19). Alternatively, if no appearance for presentment is required by the Court, I agree to notify all parties (to the extent I have such parties' contact information in my actual possession as of the date of this notice) that the Court will rule by written order and that an appearance on the date of presentment is not required.

Dated: September 4, 2024

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF