**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-05089 |
| | ) | |
| v. | ) | Dist. Judge Jorge L. Alonso |
| | ) | |
| The Entities and Individuals Identified on Schedule "A", | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, John Doe, by its counsel hereby gives notice that this action is voluntarily dismissed in its entirety without prejudice. Defendant, the Partnerships and Unincorporated Associations Identified on Schedule "A," has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 5, 2024

Respectfully submitted,

/s/Qin Li
1360 Valley Vista Dr, Suite 140, Diamond Bar CA 91765
Bar No. 349218
liqin@concordsage.com
Phone: (858) 568-1696

*Counsel for Plaintiff*