**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.1:24-cv-05089 |
| | ) | |
| v. | ) | Dist. Judge Jorge L. Alonso |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Order Releasing Injunction Bond**

The Twenty-Two Thousand U.S. Dollars ($22,000) posted as bond by plaintiff, including any applicable or earned interest, minus the registry fee, is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the $22,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, CONCORD & SAGE PC, at 1360 Valley Vista Dr Suite 140, Diamond Bar, CA 91765.

DATED: September 19, 2024

Jorge L. Alonso
United States District Judge